UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:00-cr-00132-JMS-DML |
| ) | |
| LANTHERN SMITH (01), ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation [dkt. 16] that Lanthern Smith's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court **APPROVES and ADOPTS** Magistrate Judge LaRue's Report and Recommendation [dkt. 16]. The Court finds that Mr. Smith committed Violation Numbers 1 and 2, as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* [dkt #2]. The government orally moved to dismiss Violations 3 and 4. The Court granted Violations 3 and 4 dismissed. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Lanthern Smith is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months imprisonment with no supervised release to follow. The Court further recommends placement at the lowest security facility at FCC Terre Haute. Lanthern Smith shall self-surrender upon designation.

So ORDERED.

Date: December 28, 2016

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal